1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG No. 2:09-mj-196 KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER (AMENDED) |
| | ) | WAIVING PRELIMINARY HEARING FOR |
| ALEX ZAVALA-TAPIA, et al., | ) | DEFENDANT ALEX ZAVALA-TAPIA |
| | ) | |
| Defendants. | ) | Court: Hon. Kimberly J. Mueller |
| | ) | Date: July 2, 2009 |
| | ) | Time: 2:00 p.m. |

It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendant Alex Zavala-Tapia, on the other hand, through their respective counsel that:

1. Defense counsel has advised Zavala-Tapia of his right under F.R. Crim.P. 5.1 to a timely preliminary examination, and Zavala-Tapia voluntarily, knowingly, and intelligently waives that right;

2. The July 2, 2009, at 2:00 p.m., hearing set for Zavala-Tapia's preliminary hearing shall be vacated; and

///
///

1  3. Zavala-Tapia's arraignment on an Indictment, if any,
2  shall be held on July 17, 2009, at 2:00 p.m.

Dated: July 1, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

Dated: July 1, 2009

/s/ Ben D. Galloway
BEN D. GALLOWAY
Assistant Federal Defender
Attorney for defendant
Alex Zavala-Tapia
(per telephone authorization)

_____

ORDER

Pursuant to amended stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: July 2, 2009.

U.S. MAGISTRATE JUDGE