1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   NORMAN ANGELO MIKE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-09-297 WBS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| v. | ) | |
| | ) | |
| ALEX ZAVALA-TAPIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated and agreed to between defendants Norman Mike, Alex Zavala-Tapia, Jose Mendoza-Garcia and Miguel Abundez Mosqueda, by and through their respective counsel, Dwight M. Samuel, Benjamin Galloway, Gilbert Roque, and Clemente M. Jimenez and plaintiff United States of America, by and through Samuel Wong, Assistant United States Attorney, that the status conference presently set for Monday, March 22, 2010 be vacated and rescheduled for a status conference on Monday, April 26, 2010, at 9:00 a.m.

Defendants have requested additional discovery from the United States and additional time is necessary for the United States to obtain and produce the discovery, and defendants to review and investigate the new discovery.

Therefore all parties request that the Court continue the status conference to April 26,

1  2010. It is further stipulated and agreed by all parties that the period from the date of this
2  stipulation, March 19, 2010, through and including April 26, 2010, be excluded in computing the
3  time within which trial of this case must be commenced under the Speedy Trial Act, pursuant to
4  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.
5  Respectfully submitted,
6  Dated: March 19, 2010

/s/ Dwight M.. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Norman A. Mike

Dated: March 18, 2010

/s/ Gilbert Roque[1]
GILBERT ROQUE
Attorney for Defendant, Jose Mendoza-Garcia

Dated: March 18, 2010

/s/ Clemente M. Jimenez[2]
CLEMENTE M. JIMENEZ
Attorney for Defendant, Miguel Abundez Mosqueda

Dated: March 18, 2010

/s/ Benjamin D. Galloway[3]
BENJAMIN D. GALLOWAY
Attorney for Defendant, Alex Zavala-Tapia

Dated: March 18, 2010        BENJAMIN B. WAGNER
                             United States Attorney

                    By:      /s/Samuel Wong[4]
                             SAMUEL WONG
                             Assistant United States Attorney

---

[1] Signed per email authorization.

[2] Signed per email authorization.

[3] Signed per email authorization.

[4] Signed per email authorization.

Case 2:09-cr-00297-WBS   Document 39   Filed 03/23/10   Page 3 of 3

ORDER

The Court having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the March 22, 2010, status conference be continued to until April 26, 2010, at 9:00 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendants' counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE, IT IS FURTHER ORDERED that the period from the date of the parties' stipulation, March 19, 2010, through and including April 26, 2010, be excluded in computing the time within which trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.

IT IS SO ORDERED.

Dated:   March 19, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE