DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEX ZAVALA-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>ALEX ZAVALA-TAPIA,<br>        Defendant. | Cr.S. 09-297-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>DATE:   October 17, 2011<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. William B. Shubb |

    Whereas, plaintiff United States of America and defendant Alex Zavala-Tapia desire to explore resolution of this prosecution by means other than trial; and

    Whereas, due to the facts and circumstances of this case, the parties anticipate that they will not be able to effect such resolution until after October 17, 2011, which is after the presently set August 2, 2011, trial date,

    It is hereby stipulated and agreed to between the United States through SAMUEL WONG, Assistant United States Attorney, and defendant ALEX ZAVALA-TAPIA by and through his counsel, BENJAMIN GALLOWAY,

Assistant Federal Defender, that: (1) the facts and circumstances of this case render it unusual and complex within the meaning of the Speedy Trial Act and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161; (2) the continuance requested herein is necessary to provide both the prosecutor and defense counsel reasonable time to prepare their respective clients' cases taking into account due diligence; (3) the status conference set for Monday, August 1, 2011, shall be continued to Monday, October 17, 2011 at 8:30 a.m., and the jury trial set for August 2, 2011, shall be vacated; and (4) the time period from the date of this stipulation, July 18, 2011, through and including the date of the new status conference hearing, October 17, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv)and Local Codes T2 [unusual and complex case] and T4 [reasonable time for both counsel to prepare].

DATED: July 18, 2011         Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ALEX ZAVALA-TAPIA


                                      BENJAMIN B. WAGNER
                                      United States Attorney

                              By:  /s/ Benjamin Galloway for
                                      SAMUEL WONG
                                      Assistant United States Attorney
                                      Attorney for Plaintiff
                                      United States of America

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. The Court specifically finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant Alex Zavala-Tapia in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 18, 2011, to and including October 17, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for both counsel to prepare). It is further ordered that the August 1, 2011, status conference shall be continued until October 17, 2011, at 8:30 a.m., and the presently set August 2, 2011, trial date is hereby vacated.

DATED: July 18, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE