DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEX ZAVALA-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEX ZAVALA-TAPIA, ) <br> ) <br> ) <br> Defendants. ) | Cr.S. 09-297-WBS <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> DATE:   October 31, 2011 <br> TIME:   9:30 a.m. <br> JUDGE:  Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendant, ALEX ZAVALA-TAPIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, October 31, 2011 is to be vacated.

DATED: October 21, 2011         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                */s/ Benjamin Galloway*
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                ALEX ZAVALA-TAPIA

/ / /

```
 1  DATED: October 21, 2011        BENJAMIN B. WAGNER
                                   United States Attorney
 2
                                   /s/ Benjamin Galloway for
 3                                 SAMUEL WONG
                                   Assistant U.S. Attorney
 4                                 Attorney for Plaintiff

 5
                                **O R D E R**
 6

 7     It is here by order that the status conference set for October 31,

 8  2011 is hereby vacated.

 9  DATED:  October 26, 2011
10
11                          _____
                            WILLIAM B. SHUBB
12                          UNITED STATES DISTRICT JUDGE
```

2